Michael S. Morse, SBN 164146
BOLINGER & ASSOCIATES
2300 Contra Costa Blvd., Suite 285
Pleasant Hill, California 94523
Telephone: (925) 671-2200

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | CIV. S-06-1987 FCD KJM |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL; ORDER |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    The above-captioned action is hereby dismissed with prejudice in its entirety and, upon approval by the Court as provided below, The Clerk of te Court is requested to enter this dismissal in the official docket.

DATED: September 18, 2006    BOLINGER & ASSOCIATES

    /s/ Michael S. Morse
    MICHAEL S. MORSE
    Attorney at Law

    IT IS SO ORDERED.

DATED: September 20, 2006

    /s/ Frank C. Damrell Jr.
    Frank C. Damrell, Jr.
    U.S. District Court Judge

1